## Fourth District.

Tri-City State Bank, defendant in error, v. Della Land et al., plaintiffs in error.

Heard in this court at the February term, 1930. Opinion filed May 21, 1930.

Dale G. Hyle and D. H. Mudge, for plaintiffs in error. Williamson, Burroughs & Simpson and James L. Reed, for defendant in error.

Mr. Presiding Justice Barry delivered the opinion of the court.

Oscar Meng, defendant in error, v. William Lile, plaintiff in error.

Heard in this court at the February term, 1930. Opinion filed May 21, 1930.

J. B. Harris, for plaintiff in error. Robert F. White, for defendant in error.

Mr. Justice Newhall delivered the opinion of the court.

Asher Holzman et al., appellees, v. W. C. Graham, trading as Graham's Book Store, appellant.

Heard in this court at the February term, 1930. Opinion filed May 21, 1930.

Griffith & Lueders, for appellant. Williamson, Burroughs & Simpson and James L. Reed, for appellees.

Mr. Justice Newhall delivered the opinion of the court.

Charles Leigh, appellee, v. R. B. Mitchell, appellant.

Heard in this court at the February term, 1930. Opinion filed May 21, 1930.

Wm. H. Warder, for appellant. White & Quindry, for appellee.

Mr. Justice Wolfe delivered the opinion of the court.

The People of the State of Illinois, defendant in error, v. Dewey Bird et al., plaintiffs in error.

Heard in this court at the February term, 1930. Opinion filed May 28, 1930.

Grover E. Holmes, for plaintiffs in error. Oscar E. Carlstrom, Attorney General and J. Ado Whiteside, State's Attorney, for defendant in error.

Mr. Justice Wolfe delivered the opinion of the court.